IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02052-AP

CHAMBRE D. REED,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newall #10269
Attorney for Plaintiff
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

- 1 -

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.      Date Complaint Was Filed:  August 1, 2013**

    **B.      Date Complaint  Was Served on U.S. Attorney's Office: August 6, 2013**

    **C.      Date Answer and Administrative Record Were Filed: September 30, 2013**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: December 12, 2013**

    B.    **Defendant's Response Brief Due: January13, 2014**

    C.    **Plaintiff's Reply Brief (If Any) Due: January 28, 2014**

**A brief continuance in scheduling of 10 days is requested due to Plaintiff counsel's conflict with the Bellon case's opening brief due on December 5, 2013.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

A.    **Plaintiff's Statement: Plaintiff does not request oral argument.**

B.    **Defendant's Statement: Defendant does not request oral argument.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice*.

    A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 22nd day of October, 2013.

                                         BY THE COURT:

                                         *s/John L. Kane*
                                         U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | UNITED STATES ATTORNEY |
|  | John F. Walsh<br>United States Attorney |
| s/ Frederick W. Newell<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>719-635-6503 (facsimile)<br>fnewall@qwestoffice.net<br>Attorney for Plaintiff | By: s/Allan D. Berger<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>303-844-2149<br>303-844-0770 (facsimile)<br>Allan.berger@ssa.gov<br>Attorneys for Defendant |